# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**
Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

Anton DeLeon Morton

_____

(Full name of the Plaintiff(s) in this action)

v.

ANANCED CORRECTIONAL HEALTHCARE

_____

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:19-CV-156-JHM
(To be supplied by the clerk)

( ✓ ) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
  (Check only one)

## I.   PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: ANTON DELEON MORTON

Place of Confinement: HOPKINS COUNTY DETENTION CENTER

Address: P.O. Box 1050, MADISONVILLE, KY. 42431

Status of Plaintiff:  CONVICTED ( ✓ )  PRETRIAL DETAINEE (__)

(2) Name of Plaintiff:_____

Place of Confinement:_____

Address: _____

Status of Plaintiff:  CONVICTED (___)   PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B)  Defendant(s)**.  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant DR MATTHEW JOHNSTON _____ is employed

as LEAD PRACTIONER _____ at HOPKINS COUNTY DETENTION CENTER.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2)  Defendant ADVANCED CORRECTIONAL HEALTHCARE _____ is employed

as MEDICAL PROVIDER _____ at HOPKINS COUNTY DETENTION CENTER.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):   _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

As of 8-23-19, I have been denied access to certain life sustaining medications such my blood pressure medication (Lisinopril), my cholesterol medication (Symva-statin) and my water pill (Hztz). I've been taking, taking these medication since my diagnosis at the Roederer Correctional Complex in 2008. The actions or lack thereof of the doctor (Dr. Matthew Johnston) and his employer, health provider (Advanced Correctional Healthcare) have placed my health and well-being in decline. I've raised the issue of my medication and was told that instead of medication they would rather monitor my diet which is completely illogical.

## III. STATEMENT OF CLAIM(S) continued

IV.   **RELIEF**

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_✓_  award money damages in the amount of $ 350,000.00

_✓_  grant injunctive relief by 350,000.00

_✓_  award punitive damages in the amount of $ TBD

_____ other: _____

V.   **DECLARATION UNDER PENALTY OF PERJURY**
     **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 21ST day of October _____, 2019.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6